IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN E. JOHNSON**  **PETITIONER**
**ADC #121088**

Case No. 4:21-cv-00018-LPR-BD

**DOE, Sheriff,**
**Pulaski County, Arkansas**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.  A certificate of appealability is DENIED.

IT IS SO ADJUDGED this 19th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT